IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 22-CR-30048-DWD |
| ) | |
| DE'ANDRE OWENS, and ) | |
| MIKEL REED, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**DUGAN, District Judge:**

Now before the Court is the United States of America's Motion for Disclosure of Intended Alibi Defense pursuant to Fed. R. Crim. P. 12.1 (Doc. 66). In this matter, Defendant De'Andre Owens is charged with distribution of methamphetamine (Count 1) and witness tampering (Count 2) (Doc. 62). Defendant Mikel Reed is also charged with witness tampering (Count 2) (*Id.*). As further detailed in the Government's Motion, the alleged criminal conduct at issue in Court 1 took place on March 15, 2022 in Centralia, Illinois, and the alleged criminal conduct at issue in Count 2 took place through a series of jail telephone calls beginning no later than October 14, 2022 and continuing through April 15, 2023 in Centralia, Illinois. By its Motion, the Government requests that Defendants notify it in writing of any intended alibi defense they intend to present, as permitted under Rule 12.1(a).

Having considered the Motion, and for good cause shown, **IT IS ORDERED** that the Government's Motion (Doc. 66) is **GRANTED**. Defendants Owens and Reed **SHALL**

serve their Notice of Intended Alibi Defense, if any, on the Government by **August 30, 2023**. Any such Notice must comply with the requirements of Rule 12(a)(2) and the continuing disclosure obligations of Rule 12.1(c).

**SO ORDERED.**

Dated: August 15, 2023                    /s *David W. Dugan*
 

                                              DAVID W. DUGAN
                                              United States District Judge